**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Cindy S. CARABEO, Defendant–Appellant.**

No. 16-10002

Non–Argument Calendar

United States Court of Appeals, Eleventh Circuit.

Filed: 09/15/2016

Peter J. Sholl, Arthur Lee Bentley, III, James A. Muench, U.S. Attorney's Office, Rachel K. Jones, Akerman, LLP, Tampa, FL, for Plaintiff-Appellee.

Howard C. Anderson, Federal Public Defender's Office, Tampa, FL, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant-Appellant.

Cindy S. Carabeo, Pro Se.

Before TJOFLAT, JULIE CARNES and JILL PRYOR, Circuit Judges.

PER CURIAM:

Adeel Bashir, appointed counsel for Cindy Carabeo in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Carabeo's conviction and sentence are **AFFIRMED**.